1026

[No. 73491-1-I. Division One. August 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVELL MICHAEL MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-00262-3, Palmer Robinson, J., entered May 1, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Trickey, A.C.J., and Becker, J.

[No. 73515-2-I. Division One. August 1, 2016.]

FENTAHUN AMARE, *Appellant*, v. MOHAMUD SHARAWE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-32479-2, Monica J. Benton, J., entered April 2, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Appelwick and Schindler, JJ.

[No. 73537-3-I. Division One. August 1, 2016.]

*In the Matter of the Estate of* SADIE M. RIVAS.

EDWARD NICHOLAS RIVAS, *Appellant*, v. LEONARD EUGENE RIVAS ET AL., *as Personal Representatives*, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-4-05002-4, Monica J. Benton, J., entered February 9, May 11, and June 4, 2015. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Becker and Dwyer, JJ.

[No. 73562-4-I. Division One. August 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN LEE GROTHAUS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-00198-8, Marybeth Dingledy, J., entered June 1, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Verellen, C.J., and Cox, J.